| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| KEVIN P.B. JOHNSON, ESQ., Bar #177129 <br> QUINN EMANUEL URQUHART OLIVER & HEDGES <br> 555 TWIN DOLPHIN DRIVE, STE 560 <br> REDWOOD CITY, CA 94065 <br> Telephone No: 650-801-5000   FAX No: 650-801-5100 <br> Ref. No. or File No.: 51234 <br> Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California, San Francisco Division

Plaintiff: MEDIATEK, INC.
Defendant: MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; ET AL

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | Hearing Date: Mon, Sep. 17, 2007 | Time: 4:00PM | Dept/Div: | Case Number: C-07-2750-BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint; Civil Cover Sheet; Ecf Registration Information Handout; Usdc Guidelines; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Orders; Contents Of Joint Case Management Statement

3. a. Party served:    PANASONIC CORPORATION OF NORTH AMERICA
   b. Person served:  VALERIE RYAN, AUTHORIZED AGENT @ CT CORPORATION SYSTEMS

4. Address where the party was served:    818 W. SEVENTH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 07, 2007 (2) at: 3:35PM

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. APRIL LYN ANDERSON
   
   d. **The Fee** for Service was:
   
   **A & A LEGAL SERVICE**
   1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   **(650) 697-9431**
   
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 4626
      (iii) County: Los Angeles
      (iv) Expiration Date: Fri, Feb. 01, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Jun. 08, 2007

Judicial Council Form    PROOF OF SERVICE    (APRIL LYN ANDERSON)
Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL CASE    kejoh.38922