**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

An Motion to Consider Whether Cases Should Be Related has been filed, stating that the following cases may be related within the meaning of Civil L.R. 3-12(a):

**C 05-3148 MMC**    Matsushita Electric Industrial Co., Ltd. v. Mediatek, Inc.
**C 07-2750 BZ**    Mediatek, Inc. v. Matsushita Electric Industrial Co., Ltd.

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a). Counsel are instructed that all future filings in any reassigned case are to bear the initials **MMC** immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court. Any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the undersigned.

**DATED**: June 12, 2007

MAXINE M. CHESNEY
United States District Judge