MARK MALIN (Bar No. 199757)
mmalin@deweyballantine.com
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Attorneys for Defendants
MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD. and PANASONIC CORPORATION
OF NORTH AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIATEK, INC., <br><br> Plaintiff, <br> v. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. AND PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Defendants. | Case No. 07-CV-2750-MMC <br><br> Related Case No. 05-CV-3148-MMC [JCS] <br><br> **NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned, of the law offices of Dewey Ballantine LLP, files this Notice of Appearance, pursuant to General Order No. 45 governing Electronic Case Filing, section IV.C.1, in the above-referenced action as counsel for Defendants Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America and requests that copies of all briefs, motions, orders, correspondence and other papers also be electronically served as follows:

> Mark Malin                                   mmalin@deweyballantine.com
> Dewey Ballantine LLP
> 1950 University Avenue, Suite 500
> East Palo Alto, California 94303
> Telephone: (650) 845-7000
> Facsimile: (650) 845-7333

1 | DATED: June 25, 2007

Respectfully submitted,
DEWEY BALLANTINE LLP

By: _____/S/_____
Mark Malin

Attorneys for Defendants
MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD. and PANASONIC CORPORATION
OF NORTH AMERICA

**DEWEY BALLANTINE LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

-2-

NOTICE OF APPEARANCE – MALIN
Case No.: 07-CV-2750-MMC