| | |
|---|---|
| 1 | Mark Malin (Bar No. 199757) |
|   | mmalin@deweyballantine.com |
| 2 | DEWEY BALLANTINE LLP |
|   | 1950 University Avenue, Suite 500 |
| 3 | East Palo Alto, CA  94303-2225 |
|   | Tel: (650) 845-7000; Fax: (650) 845-7333 |
| 4 | |
|   | Terrence P. McMahon (Bar No. 71910) |
| 5 | tmcmahon@mwe.com |
|   | McDERMOTT WILL & EMERY LLP |
| 6 | 3150 Porter Drive |
|   | Palo Alto, CA  94304-1212 |
| 7 | Tel: (650) 813-5000; Fax: (650) 813-5100 |
| 8 | *(See signature page for list of additional counsel)* |
| 9 | |
|   | Attorneys for Defendants MATSUSHITA |
| 10 | ELECTRIC INDUSTRIAL CO., LTD. and |
|   | PANASONIC CORPORATION OF NORTH |
| 11 | AMERICA |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDIATEK, INC., | Case No. 07- CV-2750 MMC |
|  | Related Case No. 05-CV-3148 MMC (JCS) |
| Plaintiff, | |
|  | **JOINT STIPULATION TO EXTEND** |
| vs. | **TIME TO ANSWER OR RESPOND TO** |
|  | **COMPLAINT** |
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., & PANASONIC CORPORATION OF NORTH AMERICA, | |
|  | Judge:   Maxine M. Chesney |
| Defendants. | |

WHEREAS counsel for Matsushita Electric Industrial Co., Ltd. ("Matsushita") and Panasonic Corporation of North America ("Panasonic") and counsel for MediaTek, Inc. ("MediaTek") have met and conferred regarding acceptance of service of MediaTek Inc.'s Complaint for Patent Infringement of U.S. Patent No. 5,970,031 and Declaratory Judgment ("the Complaint") and the time for responding to that complaint;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO,

1  through their respective counsel, that:

2      1.    Counsel for Matsushita will accept service of the Complaint on behalf of
3  Matsushita.

4      2.    The time for Matsushita and Panasonic to answer or otherwise respond to
5  the Complaint is extended to August 1, 2007.

6      3.    Neither acceptance of service of the Complaint nor the facts or contents of
7  this joint stipulation to extend time may be used for any purpose whatsoever in connection with
8  any attempt to consolidate this action with Case No. 05-CV-3148 or with any other case for any
9  purposes.

10

11
12  Dated: June 25, 2007        DEWEY BALLANTINE LLP

13                                By        /S/
14                                  Mark Malin
                              Attorney for Defendants Matsushita Electric Industrial Co.,
15                                Ltd. and Panasonic Corporation of North America.

16  Dated: June 25, 2007        QUINN EMANUEL URQUHART OLIVER & HEDGES

17                                By        /S/
18                                  Kevin Johnson
                              Attorney for Plaintiff MediaTek, Inc.

19

20  Pursuant to stipulation of the parties,
21  IT IS SO ORDERED.
22

23  Dated: _____        _____
24                                Hon. Maxine M. Chesney
                              United States District Court

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28