1  Mark Malin (Bar No. 199757)
   mmalin@deweyballantine.com
2  DEWEY BALLANTINE LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA 94303-2225
   Tel: (650) 845-7000; Fax: (650) 845-7333
4
   Terrence P. McMahon (Bar No. 71910)
5  tmcmahon@mwe.com
   McDERMOTT WILL & EMERY LLP
6  3150 Porter Drive
   Palo Alto, CA 94304-1212
7  Tel: (650) 813-5000; Fax: (650) 813-5100

8  *(See signature page for list of additional counsel)*

9
   Attorneys for Defendants MATSUSHITA
10 ELECTRIC INDUSTRIAL CO., LTD. and
   PANASONIC CORPORATION OF NORTH
11 AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDIATEK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., & PANASONIC CORPORATION OF NORTH AMERICA, <br><br> Defendants. | Case No. 07- CV-2750 MMC <br> Related Case No. 05-CV-3148 MMC (JCS) <br><br> **JOINT STIPULATION TO EXTEND TIME TO ANSWER OR RESPOND TO COMPLAINT** <br><br> Judge: Maxine M. Chesney |

WHEREAS counsel for Matsushita Electric Industrial Co., Ltd. ("Matsushita") and Panasonic Corporation of North America ("Panasonic") and counsel for MediaTek, Inc. ("MediaTek") have met and conferred regarding acceptance of service of MediaTek Inc.'s Complaint for Patent Infringement of U.S. Patent No. 5,970,031 and Declaratory Judgment ("the Complaint") and the time for responding to that complaint;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO,

1  through their respective counsel, that:

2      1.    Counsel for Matsushita will accept service of the Complaint on behalf of
3  Matsushita.

4      2.    The time for Matsushita and Panasonic to answer or otherwise respond to
5  the Complaint is extended to August 1, 2007.

6      3.    Neither acceptance of service of the Complaint nor the facts or contents of
7  this joint stipulation to extend time may be used for any purpose whatsoever in connection with
8  any attempt to consolidate this action with Case No. 05-CV-3148 or with any other case for any
9  purposes.

10

11

12  Dated: June 25, 2007          DEWEY BALLANTINE LLP

13                                         By     /S/
                                            Mark Malin
14                                         Attorney for Defendants Matsushita Electric Industrial Co.,
                                       Ltd. and Panasonic Corporation of North America.

15

16  Dated: June 25, 2007          QUINN EMANUEL URQUHART OLIVER & HEDGES

17                                         By     /S/
                                            Kevin Johnson
18                                           Attorney for Plaintiff MediaTek, Inc.

19

20      Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding
21  signatures, I attest under penalty of perjury that concurrence in the filing of the document has
22  been obtained from Kevin Johnson.

23

24

25  Dated: June 25, 2007          DEWEY BALLANTINE LLP

26                                         BY     /S/
27                                              Mark Malin

28

1  Pursuant to stipulation of the parties,

2  IT IS SO ORDERED.

3

4  Dated: _____    _____
                                               Hon. Maxine M. Chesney
                                               United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case 3:07-cv-02750-MMC    Document 8    Filed 06/25/2007    Page 4 of 4