Mark Malin (Bar No. 199757)
mmalin@deweyballantine.com
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Terrence P. McMahon (Bar No. 71910)
tmcmahon@mwe.com
Shamita D. Etienne-Cummings
(Cal. Bar No. 202090)
setienne@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

*(See signature page for list of additional counsel)*

Attorneys for MATSUSHITA ELECTRIC
INDUSTRIAL CO., LTD. and PANASONIC
CORPORATION OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIATEK, INC.<br><br>Plaintiff<br><br>vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. AND PANASONIC CORPORATION OF NORTH AMERICA,<br><br>Defendants. | Case No. 07-CV-2750-MMC<br>Related Case No. 05-CV-3148-MMC (JCS)<br><br>**NOTICE OF APPEARANCE OF TERRENCE P. MCMAHON**<br><br>Judge: Maxine M. Chesney |

NOTICE OF APPEARANCE                                    (CASE NO. 07-CV-2750-MMC)

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the undersigned, of the law offices of McDermott Will & Emery LLP, files this Notice of Appearance in the above-referenced action as co-counsel for Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation Of North America (collectively "Panasonic") and requests that copies of all briefs, motions, orders, correspondence and other papers also be electronically served on the undersigned as follows:

Terrence P. McMahon                              tmcmahon@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  (650) 813-5000
Facsimile:  (650) 813-5100

Dated: June 25, 2007

By: ___/s/ Terrence P. McMahon___
TERRENCE P. MCMAHON (Cal. Bar No. 71910)
tmcmahon@mwe.com
SHAMITA D. ETIENNE-CUMMINGS (Cal. Bar No. 202090)
setienne@mwe.com
BIJAL V. VAKIL (Cal. Bar No. 192878)
bvakil@mwe.com
RICK CHANG (Cal. Bar No. 209515)
rchang@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  (650) 813-5000
Facsimile:  (650) 813-5100

TYLER J. WOODS (Cal. Bar No. 232464)
twoods@mwe.com
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7107
Telephone:  (949) 851-0633
Facsimile:  (949) 851-9348

Mark Malin (Bar No. 199757)
mmalin@deweyballantine.com
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA  94303-2225

Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Attorneys for Defendants MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **NOTICE OF APPEARANCE OF TERRANCE P. MCMAHON** has been served upon all counsel of record, as identified below and in the manner agreed upon by counsel, on June 25, 2007 as follows:

Attorneys for Plaintiff, MediaTek, Inc.

| |
|---|
| Eric Huang<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:  212.849.7000<br>Facsimile:  212.849.7100<br>E-Mail:       erichuang@quinnemanuel.com |
| Kevin Johnson<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065-2139<br>Telephone:  650.801.5000<br>Facsimile:  650.801.5100<br>E-Mail:       kevinjohnson@quinnemanuel.com |
| Eugene Chen<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone:  213.443.3000<br>Facsimile:  213.446.3100<br>E-Mail:       eugenechen@quinnemanuel.com |

*/s/ Veronica Farias*

Veronica Farias

MPK 128677-1.071116.0148