1  Mark Malin (Bar No. 199757)
mmalin@deweyballantine.com
2  DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
3  East Palo Alto, CA 94303-2225
Telephone: (650) 845-7000
4  Facsimile: (650) 845-7333

5  Terrence P. McMahon (Bar No. 71910)
tmcmahon@mwe.com
6  Shamita D. Etienne-Cummings
(Cal. Bar No. 202090)
7  setienne@mwe.com
McDERMOTT WILL & EMERY LLP
8  3150 Porter Drive
Palo Alto, CA 94304-1212
9  Telephone: (650) 813-5000
Facsimile: (650) 813-5100

*(See signature page for list of additional counsel)*

Attorneys for MATSUSHITA ELECTRIC
INDUSTRIAL CO., LTD. and PANASONIC
CORPORATION OF NORTH AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDIATEK, INC.<br><br>    Plaintiff<br><br>    vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. AND PANASONIC CORPORATION OF NORTH AMERICA,<br><br>    Defendants. | Case No. 07-CV-2750-MMC<br>Related Case No. 05-CV-3148-MMC (JCS)<br><br>**NOTICE OF APPEARANCE OF TYLER J. WOODS**<br><br>Judge: Maxine M. Chesney |

NOTICE OF APPEARANCE                                                          (CASE NO. 07-CV-2750-MMC)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned, of the law offices of McDermott Will & Emery LLP, files this Notice of Appearance in the above-referenced action as co-counsel for Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation Of North America (collectively "Panasonic") and requests that copies of all briefs, motions, orders, correspondence and other papers also be electronically served on the undersigned as follows:

    Tyler J. Woods        twoods@mwe.com
    McDERMOTT WILL & EMERY LLP
    18191 Von Karman Avenue, Suite 500
    Irvine, CA 92612-7107
    Telephone:  (949) 851-0633
    Facsimile:  (949) 851-9348

Dated: June 25, 2007

By: */s/ Tyler J. Woods*
    TYLER J. WOODS (Cal. Bar No. 232464)
    twoods@mwe.com
    McDERMOTT WILL & EMERY LLP
    18191 Von Karman Avenue, Suite 500
    Irvine, CA 92612-7107
    Telephone:  (949) 851-0633
    Facsimile:  (949) 851-9348

    TERRENCE P. MCMAHON (Cal. Bar No. 71910)
    tmcmahon@mwe.com
    SHAMITA D. ETIENNE-CUMMINGS (Cal. Bar No. 202090)
    setienne@mwe.com
    BIJAL V. VAKIL (Cal. Bar No. 192878)
    bvakil@mwe.com
    RICK CHANG (Cal. Bar No. 209515)
    rchang@mwe.com
    McDERMOTT WILL & EMERY LLP
    3150 Porter Drive
    Palo Alto, CA  94304-1212
    Telephone:  (650) 813-5000
    Facsimile:  (650) 813-5100

    Mark Malin (Bar No. 199757)
    mmalin@deweyballantine.com
    DEWEY BALLANTINE LLP
    1950 University Avenue, Suite 500

East Palo Alto, CA 94303-2225
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Attorneys for Defendants MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **NOTICE OF APPEARANCE OF TYLER J. WOODS** has been served upon all counsel of record, as identified below and in the manner agreed upon by counsel, on June 25, 2007 as follows:

Attorneys for Plaintiff, MediaTek, Inc.

> Eric Huang
> Quinn Emanuel Urquhart Oliver & Hedges, LLP
> 51 Madison Avenue, 22nd Floor
> New York, NY 10010
> Telephone: 212.849.7000
> Facsimile: 212.849.7100
> E-Mail: erichuang@quinnemanuel.com

> Kevin Johnson
> Quinn Emanuel Urquhart Oliver & Hedges, LLP
> 555 Twin Dolphin Drive, Suite 560
> Redwood Shores, CA 94065-2139
> Telephone: 650.801.5000
> Facsimile: 650.801.5100
> E-Mail: kevinjohnson@quinnemanuel.com

> Eugene Chen
> Quinn Emanuel Urquhart Oliver & Hedges, LLP
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, CA 90017-2543
> Telephone: 213.443.3000
> Facsimile: 213.446.3100
> E-Mail: eugenechen@quinnemanuel.com

*/s/ Veronica Farias*

Veronica Farias

MPK 128684-1.071116.0148