1  Mark Malin (Bar No. 199757)
   mmalin@deweyballantine.com
2  DEWEY BALLANTINE LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA  94303-2225
   Tel: (650) 845-7000; Fax: (650) 845-7333
4
   Terrence P. McMahon (Bar No. 71910)
5  tmcmahon@mwe.com
   McDERMOTT WILL & EMERY LLP
6  3150 Porter Drive
   Palo Alto, CA  94304-1212
7  Tel: (650) 813-5000; Fax: (650) 813-5100

8  *(See signature page for list of additional counsel)*

9
   Attorneys for Defendants MATSUSHITA
10 ELECTRIC INDUSTRIAL CO., LTD. and
   PANASONIC CORPORATION OF NORTH
11 AMERICA

12                    **UNITED STATES DISTRICT COURT**

13         **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDIATEK, INC., | Case No. 07- CV-2750 MMC |
| | Related Case No. 05-CV-3148 MMC (JCS) |
| Plaintiff, | |
| | **JOINT STIPULATION TO EXTEND** |
| vs. | **TIME TO ANSWER OR RESPOND TO** |
| | **COMPLAINT**; ORDER THEREON |
| MATSUSHITA ELECTRIC INDUSTRIAL | |
| CO., LTD., & PANASONIC CORPORATION | |
| OF NORTH AMERICA, | |
| | Judge:   Maxine M. Chesney |
| Defendants. | |

        WHEREAS counsel for Matsushita Electric Industrial Co., Ltd. ("Matsushita")

and Panasonic Corporation of North America ("Panasonic") and counsel for MediaTek, Inc.

("MediaTek") have met and conferred regarding acceptance of service of MediaTek Inc.'s

Complaint for Patent Infringement of U.S. Patent No. 5,970,031 and Declaratory Judgment ("the

Complaint") and the time for responding to that complaint;

        IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO,

1  through their respective counsel, that:

2      1.    Counsel for Matsushita will accept service of the Complaint on behalf of
3  Matsushita.

4      2.    The time for Matsushita and Panasonic to answer or otherwise respond to
5  the Complaint is extended to August 1, 2007.

6      3.    Neither acceptance of service of the Complaint nor the facts or contents of
7  this joint stipulation to extend time may be used for any purpose whatsoever in connection with
8  any attempt to consolidate this action with Case No. 05-CV-3148 or with any other case for any
9  purposes.

10

11

12  Dated: June 25, 2007        DEWEY BALLANTINE LLP

13  By_____/S/_____
      Mark Malin
14  Attorney for Defendants Matsushita Electric Industrial Co.,
      Ltd. and Panasonic Corporation of North America.

15

16  Dated: June 25, 2007        QUINN EMANUEL URQUHART OLIVER & HEDGES

17  By_____/S/_____
      Kevin Johnson
18  Attorney for Plaintiff MediaTek, Inc.

19

20

21      Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding
22  signatures, I attest under penalty of perjury that concurrence in the filing of the document has
23  been obtained from Kevin Johnson.

24

25  Dated: June 25, 2007        DEWEY BALLANTINE LLP

26  BY_____/S/_____
      Mark Malin
27

28

1 | Pursuant to stipulation of the parties,

2 | IT IS SO ORDERED.

3

Dated: __June 26, 2007____    _____
4                               Hon. Maxine M. Chesney
                                United States District Court