RECEIVED

07 JUN 25 PM 12: 16

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIATEK, INC., <br> Plaintiff, <br> v. <br> MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. AND PANASONIC CORPORATION OF NORTH AMERICA, <br> Defendants. | Case No. 07-CV-2750-MMC <br> Related Case No. 05-CV-3148-MMC [JCS] <br> [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Aldo A. Badini, an active member in good standing of the bar of the State of New York, whose business address and telephone number is 1301 Avenue of the Americas, New York, NY 10019-6092; Telephone: (212) 259-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*

1 | *hac vice.* Service of papers upon and communication with co-counsel designated in the
2 | application will constitute notice to the party. All future filings in this action are subject to the
3 | requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: **JUN 2 6 2007**    By /s/ Maxine M. Chesney
HON. MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION PRO HAC VICE – BADINI
CASE NO. 07-CV-2750-MMC