1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RECIVED

07 JUN 25  PM 12: 19

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-Filing**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

MEDIATEK, INC.,

　　　　　Plaintiff,

　　v.

MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD. AND PANASONIC
CORPORATION OF NORTH AMERICA,

　　　　　Defendants.

Case No. 07-CV-2750-MMC

Related Case No. 05-CV-3148-MMC [JCS]

**[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**

Bryon Wasserman, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is 1775 Pennsylvania Avenue, N.W., Washington, D.C. 20006-4605, Telephone: (202) 862-1000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America,

　　　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*

-1-

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY PRO HAC VICE - WASSERMAN
CASE NO.: 07-CV-2750-MMC

1

2  *hac vice.* Service of papers upon and communication with co-counsel designated in the

3  application will constitute notice to the party. All future filings in this action are subject to the

4  requirements contained in General Order No. 45, *Electronic Case Filing*.

5

6  Dated: _____**JUN 2 6 2007**_____  By_____

7  HON. MAXINE CHESNEY
   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
-2-
[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY PRO HAC VICE - WASSERMAN
CASE NO.: 07-CV-2750-MMC