1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Kevin Johnson (Bar No. 177129)
2    Brian Cannon (Bar No. 193071)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
4  Facsimile:    (650) 801-5100
   E-mail:       kevinjohnson@quinnemanuel.com
5                briancannon@quinnemanuel.com

6  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Edward J. DeFranco (Bar No. 165596)
7  51 Madison Avenue, 22nd Floor
   New York, New York 10010
8  Telephone:    (212) 849-7000
   Facsimile:    (212) 849-7100
9  E-mail:       eddefranco@quinnemanuel.com
   Attorneys for Plaintiff
10 MEDIATEK, INC.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15 | MEDIATEK, INC.                              | Case No. 07-CV-2750-MMC
   |                                             | Related Case No. 05-CV-3148-MMC (JCS)
16 |        Plaintiff,                           |
   |                                             | **CERTIFICATE OF SERVICE**
17 |   vs.                                       |
18 | MATSUSHITA ELECTRIC INDUSTRIAL              |
   | CO., LTD AND PANASONIC                      |
19 | CORPORATION OF NORTH AMERICA.,              | Judge:  Maxine M. Chesney
20 |        Defendants.                          |

**CERTIFICATE OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139.

On **June 27, 2007** I served true copies of the following document(s) described as

**CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; and STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**

on the parties in this action as follows:

| | |
|---|---|
| Mark Malin, Esq.<br>Dewey Ballantine, LLP<br>1950 University Avenue, Suite 500<br>East Palo Alto, CA 94303-2225<br>E-mail: mmalin@deweyballantine.com | Attorneys for Plaintiffs<br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORP. OF NORTH AMERICA |
| Bijal V. Vakil, Esq.<br>McDermott Will & Emery LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>E-mail: bvakil@mwe.com | |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Redwood Shores, California. The envelope was mailed with postage thereon fully prepaid.

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from anelrice@quinnemanuel.com on June 27, 2007, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **June 27, 2007** at Redwood Shores, California.

/s/
Anel Rice