1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Kevin Johnson (Bar No. 177129)
2    Brian C. Cannon (Bar No. 193071)
     Randall T. Garteiser (Bar No. 231821)
3  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California  94065-2139
4  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
5  E-Mail:        kevinjohnson@quinnemanuel.com
                  briancannon@quinnemanuel.com
6                 randygarteiser@quinnemanuel.com

7  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Edward J. DeFranco (Bar No. 165596)
8  51 Madison Avenue, 22d Floor
   New York, New York 10010
9  Telephone:     (212) 849-7000
   Facsimile:     (212) 849-7100
10 E-Mail:        eddefranco@quinnemanuel.com

11 Attorneys for Plaintiff
   MEDIATEK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MEDIATEK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD AND PANASONIC CORPORATION OF NORTH AMERICA,<br><br>　　　　　Defendants. | Case No. 07-CV-2750-MMC<br>Related Case No. 05-CV-3148 MMC (JCS)<br><br>**NOTICE APPEARANCE OF RANDALL T. GARTEISER**<br><br>Judge:  Maxine M. Chesney |
|---|---|

1   TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2   Please enter my appearance as counsel in this case for Plaintiff MEDIATEK, INC.

3   I certify that I am admitted to practice in this Court.

4   Randall T. Garteiser of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 555 Twin

5  Dolphin Drive, Suite 560, Redwood Shores, California 94065, telephone: (650) 801-5000,

6  randygarteiser@quinnemanuel.com.

7

8   DATED: June 27, 2007                 QUINN EMANUEL URQUHART OLIVER &
                                          HEDGES, LLP
9

10
                                          By     /s/
11                                            Randall T. Garteiser
                                              Attorney for Plaintiff MEDIATEK, INC.
12