1 | Mark Malin (Bar No. 199757) | Kevin P.B. Johnson (Bar No. 177129 )
mmalin@deweyballantine.com | kevinjohnson@quinnemanuel.com
2 | DEWEY BALLANTINE LLP | QUINN EMANUEL URQUHART
1950 University Avenue, Suite 500 | OLIVER & HEDGES, LLP
3 | East Palo Alto, CA 94303 | 555 Twin Dolphin Drive, Suite 560
Telephone: (650) 845-7303 | Redwood Shores, CA  94065-2139
4 | Facsimile: (650) 845-7333 | Telephone:  (650) 801-5000
| Facsimile:   (650) 801-5100

Terrence P. McMahon (Bar No. 71910) | Edward J. DeFranco (Bar No. 165596)
tmcmahon@mwe.com | eddefranco@quinnemanuel.com
McDERMOTT WILL & EMERY LLP | QUINN EMANUEL URQUHART
3150 Porter Drive | OLIVER & HEDGES, LLP
Palo Alto, CA 94304-1212 | 51 Madison Avenue, 22nd Floor
Telephone: (650) 813-5000 | New York, NY  10010
Facsimile: (650) 813-5100 | Telephone:  (212) 849-7000
| Facsimile:  (212) 849-7100

Attorneys for Defendants Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America.

Attorneys for Plaintiff MediaTek, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| **MEDIATEK, INC.,** | **Case No. 07- CV-2750 MMC** |
| | **Related Case No. 05-CV-3148 MMC (JCS)** |
| **Plaintiff,** | |
| | **JOINT STIPULATION OF DISMISSAL** |
| vs. | |
| **MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., & PANASONIC CORPORATION OF NORTH AMERICA,** | |
| **Defendants.** | |

Pursuant to Federal Rules of Civil Procedure §§ 41(a)(1)(ii), plaintiff MediaTek, Inc. and defendants Matsushita Electric Industrial Co., Ltd and Panasonic Corporation of North America hereby stipulate that all claims in this action shall be, and hereby are, dismissed with prejudice without costs to either party.  Each party shall bear its own attorneys' fees and experts' fees.

DATED: July 9, 2007                    DEWEY BALLANTINE LLP


By_____/S/_____
   Mark Malin
   Attorneys for Defendants MATSUSHITA
   ELECTRIC INDUSTRIAL CO., LTD. and
   PANASONIC CORPORATION OF NORTH
   AMERICA

DATED: July 9, 2007                    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By_____/S/_____
   Eric Huang
   Attorneys for Plaintiff MEDIATEK, INC.


## **ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Eric Huang.

DATED: July 9, 2007                    DEWEY BALLANTINE LLP


By_____/S/_____
   Mark Malin

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28