| | |
|---|---|
| Mark Malin (Bar No. 199757)<br>mmalin@deweyballantine.com<br>DEWEY BALLANTINE LLP<br>1950 University Avenue, Suite 500<br>East Palo Alto, CA 94303<br>Telephone: (650) 845-7303<br>Facsimile: (650) 845-7333 | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>   OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065-2139<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| Terrence P. McMahon (Bar No. 71910)<br>tmcmahon@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: (650) 813-5000<br>Facsimile: (650) 813-5100 | Edward J. DeFranco (Bar No. 165596)<br>eddefranco@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>   OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| Attorneys for Defendants Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America. | Attorneys for Plaintiff MediaTek, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDIATEK, INC.,<br>    Plaintiff,<br>vs.<br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., & PANASONIC CORPORATION OF NORTH AMERICA,<br>    Defendants. | Case No. 07- CV-2750 MMC<br>Related Case No. 05-CV-3148 MMC (JCS)<br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure §§ 41(a)(1)(ii), plaintiff MediaTek, Inc. and defendants Matsushita Electric Industrial Co., Ltd and Panasonic Corporation of North America hereby stipulate that all claims in this action shall be, and hereby are, dismissed with prejudice without costs to either party.  Each party shall bear its own attorneys' fees and experts' fees.

DATED:  July 9, 2007                    DEWEY BALLANTINE LLP

By_____/S/_____
Mark Malin
Attorneys for Defendants MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and PANASONIC CORPORATION OF NORTH AMERICA

DATED:  July 9, 2007                    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____/S/_____
Eric Huang
Attorneys for Plaintiff MEDIATEK, INC.

## **ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Eric Huang.

DATED:  July 9, 2007                    DEWEY BALLANTINE LLP

By_____/S/_____
Mark Malin

Dated: July 9, 2007

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maxine M. Chesney]

- 2 -                                   Case No. 07- CV-2750 MMC
                                        JOINT STIPULATION OF DISMISSAL